# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>            Plaintiff,<br><br>     vs.<br><br>AZIZ ATTARAN dba WIMPY'S HAMBURGERS, et al.,<br><br>            Defendants. | No.  1:15-cv-01241-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER TO CLOSE THE CASE** |

IT IS HEREBY STIPULATED by and between Plaintiff Rachel Lobato and Defendants Aziz Attaran dba Wimpy's Hamburgers; Daniel R. Alkhal (aka Daniel R. Khal); and Shelley Rae Alkhal (aka Shelley Rae Khal), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: November 20, 2015                    MOORE LAW FIRM, P.C.


                                                            */s/ Tanya E. Moore*
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff,
                                                            Rachel Lobato

Dated: November 20, 2015              KAHN, SOARES & CONWAY, LLP


                                    */s/ Rissa A. Stuart*
                                     Rissa A. Stuart
                                     Attorneys for Defendants,
                                     Aziz Attaran dba Wimpy's Hamburgers;
                                     Daniel R. Khal; and Shelley Rae Khal

### **ORDER**

The parties having stipulated to dismissal under Federal Rule of Civil Procedure 41(a), this action has terminated as a matter of law.  Accordingly, the Clerk of Court is DIRECTED to close this case.


IT IS SO ORDERED.

Dated:    **November 20, 2015**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE